| **Information to identify the case:** | |
|---|---|
| Debtor 1  **Carol Zembrzuski**  <br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–6282 <br> EIN   __–_____ |
| Debtor 2 (Spouse, if filing)  <br>First Name  Middle Name  Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   19–21170–MBK | |

## Order of Discharge                                                                                    12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Carol Zembrzuski

_8/20/24_                                              **By the court:** _Michael B. Kaplan_
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Carol Zembrzuski  
    Debtor

Case No. 19-21170-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Aug 20, 2024      Form ID: 3180W      Total Noticed: 69

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Carol Zembrzuski, 15 High Ridge Rd, Little Egg Harbor, NJ 08087-4001 |
| 518281856 | Mercantile Innovative Solution, 165 Lawrence Bell Dr Ste 100, Williamsville, NY 14221-7900 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 20 2024 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 20 2024 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518499248 | | EDI: GMACFS.COM | Aug 21 2024 00:12:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519260265 | + | EDI: AISACG.COM | Aug 21 2024 00:12:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518371079 | | EDI: BANKAMER | Aug 21 2024 00:11:00 | BANK OF AMERICA, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518281830 | | EDI: BANKAMER | Aug 21 2024 00:11:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 518281829 | | EDI: BANKAMER | Aug 21 2024 00:11:00 | Bank of America, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 518281828 | | EDI: BANKAMER | Aug 21 2024 00:11:00 | Bank of America, Attn: Bankruptcy, PO Box 982238, El Paso, TX 79998-2238 |
| 518334859 | + | EDI: BANKAMER2 | Aug 21 2024 00:12:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518281831 | | EDI: BANKAMER | Aug 21 2024 00:11:00 | Bankamerica, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 518281833 | | EDI: CAPITALONE.COM | Aug 21 2024 00:12:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518281832 | | EDI: CAPITALONE.COM | Aug 21 2024 00:12:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518339832 | | Email/PDF: bncnotices@becket-lee.com | Aug 20 2024 20:36:26 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518281836 | + | EDI: CITICORP | Aug 21 2024 00:12:00 | Citi, PO Box 790040, Saint Louis, MO 63179-0040 |
| 518281837 | + | EDI: CITICORP | Aug 21 2024 00:12:00 | Citibank N A, Po Box 6191 ATTN: |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: 3180W | Total Noticed: 69 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | BANKRUPTCY, Sioux Falls, SD 57117-6191 |
| 518281838 | + | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Comenity Bank, Po Box 182789, Columbus, OH 43218-2789 |
| 518281839 | | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Comenity Bank/Avenue, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 518281840 | | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Comenity Bank/Avenue, PO Box 182789, Columbus, OH 43218-2789 |
| 518281841 | + | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Comenity Bank/Dress Barn, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 518281842 | | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Comenity Bank/Fashbug, PO Box 182789, Columbus, OH 43218-2789 |
| 518281843 | | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 518281844 | | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 518281845 | | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Comenity Bank/Lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 518281846 | | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Comenity Bank/Womnwthn, PO Box 182789, Columbus, OH 43218-2789 |
| 518281847 | | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Comenity/Fashion Bug, Attn: Bankrutptcy Dept, PO Box 18215, Columbus, OH 43081 |
| 518281850 | | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 518281848 | | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 518281849 | | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Comenitybk/totalvs, PO Box 182789, Columbus, OH 43218-2789 |
| 518281851 | | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 518281852 | | EDI: CITICORP | Aug 21 2024 00:12:00 | Dsnb Macys, PO Box 8218, Mason, OH 45040-8218 |
| 518281882 | | EDI: CITICORP | Aug 21 2024 00:12:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, PO Box 8053, Mason, OH 45040-8053 |
| 518281834 | | EDI: JPMORGANCHASE | Aug 21 2024 00:12:00 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 518281835 | | EDI: JPMORGANCHASE | Aug 21 2024 00:12:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 518325587 | + | Email/Text: RASEBN@raslg.com | Aug 20 2024 20:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518281853 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 20 2024 20:27:00 | Kohls/Capital One, Kohls Credit, PO Box 3120, Milwaukee, WI 53201-3120 |
| 518281854 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 20 2024 20:27:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 518281855 | | EDI: WFNNB.COM | Aug 21 2024 00:12:00 | Lane Bryant Retail/Soa, 450 Winks Ln, Bensalem, PA 19020-5932 |
| 518351731 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2024 20:29:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518281857 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2024 20:29:00 | Midland Credit Management, Inc., 1037 Raymond |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 518281858 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2024 20:29:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 518281859 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 20 2024 20:29:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 518381127 | | EDI: PRA.COM | Aug 21 2024 00:12:00 | Portfolio Recovery Associates, LLC, c/o Boscovs, POB 41067, Norfolk VA 23541 |
| 518381092 | | EDI: PRA.COM | Aug 21 2024 00:12:00 | Portfolio Recovery Associates, LLC, c/o Woman Within, POB 41067, Norfolk VA 23541 |
| 518281861 | | Email/Text: signed.order@pfwattorneys.com | Aug 20 2024 20:28:00 | Pressler Felt & Warshaw LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518281860 | | EDI: PRA.COM | Aug 21 2024 00:12:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 518281862 | | Email/Text: signed.order@pfwattorneys.com | Aug 20 2024 20:28:00 | Pressler, Felt & Warshaw, LL, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518281863 | | EDI: SYNC | Aug 21 2024 00:12:00 | Sync, PO Box 530905, Atlanta, GA 30353-0905 |
| 518281864 | | EDI: SYNC | Aug 21 2024 00:12:00 | Sync/OVC, PO Box 530905, Atlanta, GA 30353-0905 |
| 518281865 | + | EDI: SYNC | Aug 21 2024 00:12:00 | Syncb, Po Box 965005, Orlando, FL 32896-5005 |
| 518281870 | | EDI: SYNC | Aug 21 2024 00:12:00 | Syncb/Toys 'R' US, Attn: Bankruptcy, PO Box 965004, Orlando, FL 32896-5004 |
| 518281871 | | EDI: SYNC | Aug 21 2024 00:12:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518281866 | | EDI: SYNC | Aug 21 2024 00:12:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 518281867 | | EDI: SYNC | Aug 21 2024 00:12:00 | Syncb/mc, PO Box 965005, Orlando, FL 32896-5005 |
| 518281868 | | EDI: SYNC | Aug 21 2024 00:12:00 | Syncb/qvc, PO Box 965005, Orlando, FL 32896-5005 |
| 518281869 | | EDI: SYNC | Aug 21 2024 00:12:00 | Syncb/tjx Cos Dc, PO Box 965015, Orlando, FL 32896-5015 |
| 518284278 | ^ | MEBN | Aug 20 2024 20:21:16 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518281872 | | EDI: SYNC | Aug 21 2024 00:12:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518281873 | | EDI: SYNC | Aug 21 2024 00:12:00 | Synchrony Bank/Qvc, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 518281875 | | EDI: SYNC | Aug 21 2024 00:12:00 | Synchrony Bank/TJX, PO Box 530948, Atlanta, GA 30353-0948 |
| 518281874 | | EDI: SYNC | Aug 21 2024 00:12:00 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 518281876 | | EDI: SYNC | Aug 21 2024 00:12:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518281877 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 20 2024 20:28:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 518356923 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 20 2024 20:28:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518281878 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 20 2024 20:28:00 | Toyota Motor Credit, PO Box 9786, Cedar Rapids, |

(first row continues from previous page: Blvd Ste 710, Newark, NJ 07102-5423)

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 20, 2024 | Form ID: 3180W | Total Noticed: 69 |

| | | | | |
|---|---|---|---|---|
| 518281880 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 20 2024 20:28:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 | IA 52409-0004 |
| 518396483 | Email/Text: bankruptcy@unifund.com | Aug 20 2024 20:28:00 | Unifund CCR, 10625 Techwoods Circle, Cincinnati, OH 45242 | |
| 518281881 | Email/Text: birminghamtops@sba.gov | Aug 20 2024 20:29:47 | US Small Business Administration, 801 Tom Martin Dr Ste 120, Birmingham, AL 35211-6424 | |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518392844 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 518281879 | * | Toyota Motor Credit Co, PO Box 9786, Cedar Rapids, IA 52409-0004 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Debtor Carol Zembrzuski bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor BANK OF AMERICA   N.A. dmcdonough@flwlaw.com, NRodriguez@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5